**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1742**

_____

MARTIN L. STRINGER, SR.,

                                    Plaintiff - Appellant,

     versus

NATIONWIDE MUTUAL INSURANCE COMPANY,

                                    Defendant - Appellee,

     and

RONALD JOSEPH DASTA,

                                    Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-98-3355-3-17)

_____

Submitted:  September 30, 1999     Decided:  October 5, 1999

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Martin L. Stringer, Sr., Appellant Pro Se.  John Robert Murphy,
MURPHY & GRANTLAND, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martin L. Stringer, Sr., appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stringer v. Nationwide Mut. Ins. Co., No. CA-98-3355-3-17 (D.S.C. Apr. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2